# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Liseth Alvarez,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-08452-JPR<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of NINE HUNDRED FORTY-SIX DOLLARS and 84/100 ($946.84) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 3/7/2024

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE